USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------X**

**BENJAMIN HILL,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

**-----------------------------------------------------------X**

**26-cv-04508 (JGK)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed his Complaint on May 28, 2026, and this matter was subsequently referred to my docket on June 5, 2026. See ECF Nos. 1, 6. A Notice of Commencement of Social Security Action was entered on May 29, 2026, and counsel for the Commissioner has appeared. See ECF No. 3. To date, however, the SSA Administrative Record has not been filed. By no later than Tuesday, August 18, 2026, counsel for the Commissioner is ORDERED to file a status letter notifying the Court when the SSA Administrative Record will be filed.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 12, 2026
New York, New York